May 24, 1894, which modified and, as modified, affirmed a decree of the surrogate of Suffolk county settling the accounts of respondents as executors.

*Timothy M. Griffing* for appellant.

*Walter H. Jaycox* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.

---

MARY E. G. SHAW, Respondent, *v.* RICHARD WEBBER, Appellant.

*Shaw* v. *Webber,* 79 Hun, 307, affirmed.
(Submitted December 18, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered June 27, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Earley & Prendergast* for appellant.

*D. G. Harriman* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

In the Matter of the Claim of the COUNTY OF ONEIDA, Appellant, *v.* MYRON N. BARTHOLOMEW, a Lunatic, Respondent.

*County of Oneida* v. *Bartholomew,* 82 Hun, 80, affirmed.
(Argued December 21, 1896; decided January 19, 1897.)

APPEAL from an order of the General Term of the Supreme Court in the fourth judicial department, entered December 17, 1894, which modified and, as modified, affirmed an order of

Special Term adjudging that the appellant had a valid claim against the estate of a lunatic.

*Howard C. Wiggins* for appellant.

*D. C. Burke* for respondent.

Order affirmed, with costs, on opinion below.

All concur, except O'Brien, J., absent, and Martin, J., not sitting.

---

John Kerr, Respondent, *v.* Atlantic Avenue Railroad Company of Brooklyn, Appellant.

*Kerr* v. *Atlantic Ave. R. R. Co.,* 10 Misc. Rep. 264, affirmed.
(Argued December 21, 1896; decided January 19, 1897.)

Appeal from a judgment of the General Term of the City Court of Brooklyn, entered December 3, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Albert C. Tennant* and *Matthew Hale* for appellant.

*George F. Elliott, Jay S. Jones* and *Henry M. Dater* for respondent.

Judgment affirmed, with costs; no opinion.

All concur, except O'Brien, J., absent, and Gray, J., not voting.

---

Dennis C. Feely, Respondent, *v.* Gilbert E. Jones, as Treasurer of The New York Times, Appellant.

*Feely* v. *Jones,* 79 Hun, 18, affirmed.
(Argued December 21, 1896; decided January 19, 1897.)

Appeal from a judgment of the General Term of the Supreme Court in the fifth judicial department, entered June 25, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.